UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | : |
| | : Civil Action No. |
| Plaintiff, | |
| v. | : 22-cv-886-MAD-TWD |
| DAVID IP, | : |
| Defendant. | : |

## CONSENT JUDGMENT

Plaintiff, Acting Secretary of Labor, United States Department of Labor ("Department of Labor"), has filed her complaint and defendant David Ip ("Defendant") has appeared by counsel and agrees to the entry of this Consent Judgment in full settlement of the claims which have been made or asserted in this action. Defendant acknowledges that he has notice of, and understands, the provisions of this Consent Judgment, acknowledges his responsibilities pursuant to this Consent Judgment, and acknowledges that he will be subject to sanctions in contempt of this Court and may be subject to potential punitive damages if he fails to comply with the provisions of this Consent Judgment.

1. The Acting Secretary's First Amended Complaint alleges that Defendant willfully violated section 15(a)(3) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201, et seq.) (the "Act" or "FLSA") by retaliating against several former employees.

2. Defendant neither admits nor denies the allegations set forth in the Acting Secretary's Complaints.

3. Defendant submits to the jurisdiction of this Court over him and over the subject matter of this action. Defendant admits that this Court has the authority to enter and enforce this Consent Judgment and that this Court is a proper venue for any enforcement action that may be

required as a result of this Consent Judgment.

4. It is, therefore, upon motion of the attorneys for Plaintiff and upon consent of Defendant, ORDERED that Defendant, his officers, employees, agents, and all persons acting or claiming to act in Defendant's behalf and interest, shall comply with the Fair Labor Standards Act, and in all respects be, and hereby are, permanently enjoined and restrained from violating the provisions of section 15(a)(3) of the Act in any way. It is acknowledged that compliance with the FLSA requires that Defendant shall not discharge, blacklist, demote, suspend, threaten, harass, intimidate, take any retaliatory action, or in any other manner discriminate against any current or former employee because the employee engages in, or is believed to have engaged in, any activities protected by the Act.

5. It is further ORDERED that Defendant shall pay to the Acting Secretary of Labor the sum of $20,000 as legal or equitable relief to effectuate the purposes of section 15(a)(3) of the FLSA. Such payment shall not constitute a finding of a violation of section 15(a)(3) of the FLSA. Payment shall be made by Defendant on or before January 10, 2025. No interest or penalties shall accrue provided payment is made by that date. Payment shall be made by going to www.pay.gov and searching for "WHD Back Wage Payment Form – Northeast Region" and completing the following steps:

a. Select "Continue to Form" and complete the required fields:

(1) The "BW Case Number" is 1889949.

(2) The "Date of Assessment" is the date of this Order.

6. Neither Defendant nor anyone on his behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid under this Consent Judgment.

7. Neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of Defendant

not named in the First Amended Complaint, be they current or former employees, to file any action against Defendant under section 16(b) of the Act; or likewise for any current or former employee to file any action against Defendant under section 16(b) of the Act for claims based on events occurring on or after August 12, 2019.

8. Each party will bear their own fees and other expenses incurred by such party in connection with any stage of this proceeding.

9. The Court retains jurisdiction over this matter for the purposes of enforcing this Consent Judgment.

DATED: November 26, 2024

Albany, NY

SO ORDERED:

HONORABLE MAE A. D'AGOSTINO
UNITED STATES DISTRICT JUDGE

Defendant appeared by counsel and the entry of this Judgment is hereby consented to by Defendant.

BY:

11-26-24

DAVID IP

11-26-2024

MATTHEW MANN, ESQ.
Attorney for Defendant