# EXHIBIT A

**From:** Matthew J. Mann
**To:** Tai, Amy - SOL
**Cc:** Pfitsch, Hollis V - SOL
**Subject:** RE: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion
**Date:** Thursday, December 19, 2024 4:32:05 PM

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Amy

It was not a term of the agreement but rather your preferred disposition of funds. I knew your intention and your restrictions and intentionally selected language which allowed for this objection. When you have an unjust policy, precautions must be taken. I took them. We will leave this in the hands of the judge.

Zhang, Chen and Troy are scum and they should not benefit from their ongoing misconduct. Sadly our incoming president has a similar moral compass. It is therefore even more essential to be vigilant and take every step to prevent government from acting improperly. Paying the funds to Zhang is such improper conduct.

Respectfully

Matt

Matthew J. Mann, Esq.

**Mann Law Firm, P.C.**
426 Troy Schenectady Road
Latham, New York 12110

(518)785.3300 (P)
(518)783.5691 (F*)

MANN LAW
* Electronic Service NOT accepted without PRIOR approval.

This email may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and is intended only for the use of the

addressee(s) named above. If you are not the intended recipient of this email or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any reliance upon or dissemination or copying of this email and attachments is prohibited. If you have received this email in error, please notify us immediately by telephone at (518)785.3300 and return the original to us at our postal address listed above. Thank you.

---

**From:** Tai, Amy - SOL <Tai.Amy@DOL.GOV>
**Sent:** Thursday, December 19, 2024 4:11 PM
**To:** Matthew J. Mann <mmann@mannlawpc.com>
**Cc:** Pfitsch, Hollis V - SOL <Pfitsch.Hollis.V@dol.gov>
**Subject:** RE: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

Matt,

A parameter required by our office was that the money is distributed to Zhang, which is consistent with the law. This was an agreed upon term and we would not have agreed to settle without payment to Zhang.

Amy

---

**From:** Matthew J. Mann <mmann@mannlawpc.com>
**Sent:** Thursday, December 19, 2024 2:54 PM
**To:** Tai, Amy - SOL <Tai.Amy@DOL.GOV>
**Cc:** Pfitsch, Hollis V - SOL <Pfitsch.Hollis.V@dol.gov>
**Subject:** RE: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Amy

It was never an agreement. Neither David nor I have ever consented to payment to Zhang or Chen. We carefully crafted the consent judgment to meet the parameters required by your office for a settlement while preserving David's position. Nothing in that consent judgment is accidental.

David has abided by the agreement. Now as a matter of housekeeping, it is important to ensure that the funds go to proper usage. I know you believe in the mission of your agency and you do represent it zealously. I don't think that the statute or public policy agree with your interpretations.

If you change your mind and feel you have a solution to propose, I will maintain an open mind. If we do not speak, I wish you and Hollis a happy holiday season.

Sincerely,

Matthew J. Mann, Esq.

**Mann Law Firm, P.C.**
426 Troy Schenectady Road
Latham, New York 12110

(518)785.3300 (P)
(518)783.5691 (F*)

* Electronic Service NOT accepted without PRIOR approval.

This email may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any reliance upon or dissemination or copying of this email and attachments is prohibited. If you have received this email in error, please notify us immediately by telephone at (518)785.3300 and return the original to us at our postal address listed above. Thank you.

---

**From:** Tai, Amy - SOL <Tai.Amy@DOL.GOV>
**Sent:** Thursday, December 19, 2024 2:49 PM
**To:** Matthew J. Mann <mmann@mannlawpc.com>
**Cc:** Pfitsch, Hollis V - SOL <Pfitsch.Hollis.V@dol.gov>
**Subject:** RE: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

Matt,

Given your refusal to honor the terms of our agreement, we do not think it will be productive to have further discussion.

Amy

---

**From:** Matthew J. Mann <mmann@mannlawpc.com>
**Sent:** Wednesday, December 18, 2024 6:58 PM
**To:** Tai, Amy - SOL <Tai.Amy@DOL.GOV>
**Cc:** Pfitsch, Hollis V - SOL <Pfitsch.Hollis.V@dol.gov>
**Subject:** RE: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

**CAUTION: This email originated from outside of the Department of Labor. Do**

**not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Happy to talk but we disagree with any disbursement to Zhang or Chen. Your got your pound of flesh, keep it and allow your agency or the government to use it to abuse others.

This case was one of extortion through litigation, particularly where Judge D'Agostino concluded that only a plaintiff could recoup legal fees under the FLSA. Congrats Big Brother did as Big Brother does. Congress set it up that way.

Happy to talk but unless you approach the conversation with the mindset that we will never consent to distribution to Zhang or Chen or Troy or any other proxy on their behalf.

Please note that my frustration is not with you. Many bureaucrats have followed the orders of despotic regimes. You have simply been doing your job. As people, I enjoy you and Hollis. In your official capacities, you are enforcing bad policy.

Give me a call any time tomorrow afternoon and I am we can talk.

Sincerely

Matt

Matthew J. Mann, Esq.

**Mann Law Firm, P.C.**
426 Troy Schenectady Road
Latham, New York 12110

(518)785.3300 (P)
(518)783.5691 (F*)

MANN LAW
* Electronic Service NOT accepted without PRIOR approval.

This email may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any reliance upon or dissemination or copying of this email and attachments is prohibited. If you have received this email in error, please notify us immediately by telephone at (518)785.3300 and return the original to us at our

postal address listed above. Thank you.

---

**From:** Tai, Amy - SOL <Tai.Amy@DOL.GOV>
**Sent:** Wednesday, December 18, 2024 6:51 PM
**To:** Matthew J. Mann <mmann@mannlawpc.com>
**Cc:** Pfitsch, Hollis V - SOL <Pfitsch.Hollis.V@dol.gov>
**Subject:** FW: Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

Matt,

We would have appreciated a heads up about this filing. We will discuss with our client, but I think there may have been a misunderstanding. As agreed upon, we are only planning on dispersing funds to Mr. Zhang. As it seems that you have different information, I suggest that we speak tomorrow to clear up this issue.

Thanks,
Amy

---

**From:** ecf.notification@nynd.uscourts.gov <ecf.notification@nynd.uscourts.gov>
**Sent:** Wednesday, December 18, 2024 6:42 PM
**To:** NYND_ECFQC@nynd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00886-MAD-TWD Su v. IP Letter Request/Motion

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.1)]**

## Notice of Electronic Filing

The following transaction was entered by Mann, Matthew on 12/18/2024 at 6:42 PM EST and filed on 12/18/2024

**Case Name:** Su v. IP
**Case Number:** 1:22-cv-00886-MAD-TWD
**Filer:** David IP
**WARNING: CASE CLOSED on 11/26/2024**
**Document Number:** 86

**Docket Text:**
**Letter Motion from Matthew J. Mann, Esq on behalf of Defendant for David IP requesting Deposit of Judgment Proceeds in US Treasury submitted to Judge D'Agostino . (Mann, Matthew)**

**1:22-cv-00886-MAD-TWD Notice has been electronically mailed to:**

Amy Tai tai.amy@dol.gov, NY-SOL-ECF@dol.gov

Hollis Virginia Pfitsch pfitsch.hollis.v@dol.gov, NY-SOL-ECF@dol.gov

John Troy johntroy@troypllc.com, tsaihongjanq@gmail.com

Matthew J. Mann mmann@mannlawpc.com, lawyer@mannlawpc.com

**1:22-cv-00886-MAD-TWD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=12/18/2024] [FileNumber=6305027-0] [34ffc2948283bbf5267271cb57be2a8752e38a4c0c211c81fa42e7b39fae66ae94 4302ea95b07a6bdbafb67889726f3cfe597c5acafd2b6c0cf2efeb9f1486b1]]