UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JULIE A. SU, ACTING SECRETARY OF LABOR,

Plaintiff,

-v- 1:22-CV-886

DAVID IP,

Defendant.

---

**VIDEO SETTLEMENT CONFERENCE TRANSCRIPT**
**BEFORE THE HONORABLE THERESE WILEY DANCKS**
November 26, 2024
100 South Clinton Street, Syracuse, NY 13261

For the Plaintiff:

U.S. DEPARTMENT OF LABOR
201 Varick Street, Room 983
New York, New York 10014
BY: **AMY TAI, ESQ.**
**HOLLIS PFITSCH, ESQ.**

For the Defendant:

MANN LAW FIRM, P.C.
426 Troy Schenectady Road
Latham, New York 12110
BY: **MATTHEW MANN, ESQ.**

Also Present:

Michael Milazzo
David Ip

*Hannah F. Cavanaugh, RPR, CRR, CSR, NYACR, NYRCR*
*Official United States Court Reporter*
*100 South Clinton Street*
*Syracuse, New York 13261-7367*
*(315) 234-8545*

(The Court and all parties present by video. Time noted: 12:26 p.m.)

THE COURTROOM DEPUTY: In the case of Su versus Ip, case 22-CV-886.

Counsel, please state your appearances and anyone who's with you today starting with plaintiff's counsel.

MS. PFITSCH: Hollis Pfitsch for the Secretary of Labor. And we have district director Michael Milazzo as a client representative present.

MS. TAI: Amy Tai for Secretary of Labor.

MR. MANN: And Matthew Mann for the defendant, David Ip, who's also with us today.

THE COURT: Okay. All right. Everybody has been working very hard. We started this settlement conference yesterday afternoon and we got back together this morning and we've come to an agreement. So I want to get the information on the record and have everybody assent to the agreement on the record.

Just the rough terms of the settlement agreement are, there will be a consent judgment. It has already been signed by defendant and his counsel. And the settlement is for $20,000 as legal or equitable relief to effectuate the purposes of Section 15(a)(3) of the FLSA. Such payment shall not constitute a finding of a violation of that section and the payment shall be made by defendant on or before January 10th of 2025, and no

interest or penalty shall accrue provided payment is made by that date.

Everyone has a copy of this consent judgment. And as I said, defendant and his counsel have already signed it. And I will send it to the district judge to be signed and then put up on the docket and that will resolve this case unless there's any issues with the payment by the date of January 10th. But the case will be closed, just so everybody understands, once this judgment is up on the docket. If there are problems with regard to making the payment, I'm sure counsel will let us all know.

So that said, I want to get everybody's consent to this agreement on the record. I recognize defendant and his counsel have already signed it, but, Ms. Pfitsch, are you in agreement with this settlement?

MS. PFITSCH: Yes, your Honor.

THE COURT: All right. And, Ms. Tai, are you in agreement with this settlement?

MS. TAI: Yes, your Honor.

THE COURT: All right. And, Mr. Milazzo, as a representative for the Department of Labor, are you in agreement --

MR. MILAZZO: Yes.

THE COURT: -- with this settlement?

MR. MILAZZO: Yes, your Honor.

THE COURT: All right. And, Mr. Mann, as counsel to

Mr. Ip, are you in agreement to this settlement?

MR. MANN: Mr. Ip agrees to the settlement and, therefore, I do.

THE COURT: All right. Mr. Ip, are you in agreement with this settlement?

MR. IP: Yes, ma'am.

THE COURT: Okay. So anything else that anybody wants to put on the record before I sum up from the plaintiff's?

MS. PFITSCH: No, your Honor, just a thank you.

THE COURT: All right.

MR. MANN: Thank you to the Court.

THE COURT: Mr. Mann?

MR. MANN: Yeah, thank you to the Court for all its efforts.

THE COURT: All right. And I will sum up by saying thank you to all of you for continuing to work on this. I know it wasn't easy for anybody to come to this agreement. And I got the sense that everyone is unhappy about it and, therefore, we got to the right place. That's my general experience in getting cases settled.

So with that, as I said, I'll get this signed consent judgment to the District Court Judge and let her know that the case has been settled. And then, Mr. Ip, get that payment in on time and follow the directions that are in the consent judgment. If you have any problems with the website in any way, you need

to let your counsel know right away so that he can get in touch with plaintiff's counsel and see that it gets taken care of appropriately.

All right. Do you understand, Mr. Ip?

MR. IP: Yes, ma'am.

THE COURT: All right. And just -- you know, if you don't pay by that January 10th date, then, you know, interest and penalties could accrue. Do you understand that, Mr. Ip?

MR. IP: Yes.

THE COURT: Okay. All right. I think that does it. So, again, I appreciate everybody's hard work here and I really -- I know I sometimes joke about if nobody's happy then I know we got to the right number, but I really feel like you've all put in a lot of effort and everybody has made -- you know, has moved from where they were and I really appreciate that, and that's how we got it done.

So I hope everybody has a nice holiday weekend, happy Thanksgiving, and that's all I've got.

MS. PFITSCH: Thank you, your Honor.

MR. MANN: Thank you.

MS. PFITSCH: Thanks so much for your time.

THE COURT: All right, everybody, take care.

MS. TAI: Thank you, your Honor.

THE COURT: All right.

MS. TAI: Happy Thanksgiving.

MR. MANN: You, as well.

THE COURT: You, too. Thank you.

All right. We're all set, Hannah. Thanks.

(Time noted: 12:32 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, HANNAH F. CAVANAUGH, RPR, CRR, CSR, NYACR, NYRCR, Official U.S. Court Reporter, in and for the United States District Court for the Northern District of New York, DO HEREBY CERTIFY that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 20th day of December, 2024.

s/ Hannah F. Cavanaugh

HANNAH F. CAVANAUGH, RPR, CRR, CSR, NYACR, NYRCR

Official U.S. Court Reporter